| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE  　　　　　　　　　　　DATE: 7/8/21
　　　　　U.S. MAGISTRATE JUDGE　　　　　　　　TIME: 10:00 am

CASE:  **CV 20-5968 (GRB) Sylvestre v. JS North Shore Motors, LLC**

TYPE OF CONFERENCE:   SETTLEMENT　　　　　　　　FTR:

APPEARANCES:
　　　For Plaintiff:   Robert Nahoum

　　　For Defendant: Kyle Monaghan and Michael Mauro

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　　Other:  Settlement conference held. Case settled. The parties will memorialize the settlement in writing and file a stipulation of discontinuance with the Court within 30 days.


　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge